THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK KERRIGAN, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

GRACE BROWN, Respondent, v. FLOYD MERTON, JR., Appellant. JOHN E. BROWN, Respondent, v. FLOYD MERTON, JR., Appellant.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

## (January 13, 1943.)

MOLLIE EAGLE, Appellant, v. BENJAMIN CHERNEY et al., Respondents.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ANNIE MEADE, Appellant, against CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.